[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 24-12352

Non-Argument Calendar

———————————————

CLIFTON Q. ALEXANDER,

Plaintiff-Appellant,

*versus*

DOUGLAS COUNTY SHERIFF,

Defendant-Appellee.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-00540-LMM

———————————————

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Clifton Alexander's notice of appeal, deemed filed on July 7, 2024, is untimely to challenge the district court's March 6, 2024 final order and judgment. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (noting that a *pro se* prisoner's notice of appeal is deemed filed on the date he delivers it to prison authorities for mailing).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.